IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* THOMAS SCHROEDER, | )<br>)<br>) | |
| Plaintiff, | )<br>)<br>) | Case No. 17-cv-2060-DDC-KGG |
| v. | )<br>) | |
| HUTCHISON REGIONAL MEDICAL CENTER<br>*et al.* | )<br>)<br>) | |
| Defendants. | ) | |

**UNITED STATES' STATEMENT OF INTEREST REGARDING DEFENDANTS MEDTRONIC INC.'S AND COVIDIEN L.P.'S PARTIAL MOTION TO DISMISS RELATOR'S FIFTH AMENDED COMPLAINT**

The United States files this Statement of Interest pursuant to the False Claims Act (FCA), 31 U.S.C. §§ 3729-3733, and 28 U.S.C. § 517[1] for the limited purpose of addressing the portion of Medtronic Inc.'s and Covidien L.P.'s Partial Motion to Dismiss (ECF 244) that is based upon the public disclosure bar. *See* 31 U.S.C. § 3730(e)(4). The United States' review shows that the Veterans Affairs Office of Inspector General initiated its investigation, number 2017-1920-IC-0066, in response to relator Thomas Schroeder's allegations involving Robert J. Dole VA

---

[1] The FCA is "the government's primary litigative tool for the recovery of losses sustained as the result of fraud against the government." *Avco Corp. v. U.S. Dep't of Justice*, 884 F.2d 621, 622 (D.C. Cir. 1989). The vast majority of successful actions under the FCA are pursued by the Attorney General. The government, therefore, has a significant interest in how decisions by the courts, even in cases where the United States has not intervened, may shape future enforcement of the statute. Moreover, although the government has not intervened in this case, it remains the real party in interest. *United States ex rel. Eisenstein v. City of New York*, 556 U.S. 928, 934 (2009). Accordingly, the United States files this statement to ensure that the Court is apprised of applicable law and case authority. *See* 28 U.S.C. § 517 (providing for Department of Justice participation in any federal court litigation to attend to the interests of the United States).

Medical Center in this *qui tam* action styled *United States ex rel. Schroeder v. Hutchinson Regional Medical Center et al*. No. 17-cv-02060.  Schroeder thus qualifies as an original source. *See* § 3730(e)(4)(B).

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        DUSTON J. SLINKARD
        United States Attorney
        District of Kansas

By:    /s/  Jon P. Fleenor
        JON P. FLEENOR #14002
        Assistant United States Attorney
        District of Kansas
        500 State Ave., Suite 360
        Kansas City, Kansas 66101
        PH: 913.551.6730
        FX: 913.551.6599
        EM: Jon.Fleenor@usdoj.gov

        A. Thomas Morris
        Senior Trial Counsel
        Commercial Litigation Branch
        Civil Division
        United States Department of Justice
        Civil Division, Fraud Section
        P.O. Box 261
        Ben Franklin Station
        Washington DC 20004
        PH: 202.514.6314
        EM: A.Thomas.Morris@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 22, 2022, that the above and forgoing United States' Statement of Interest Regarding Defendants Medtronic Inc.'s and Covidien L.P.'s Motion to Dismiss was electronically filed with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to all registered users in this case.

/s/  Jon P. Fleenor
Jon P. Fleenor
Assistant United States Attorney