IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ex rel. THOMAS SCHROEDER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEDTRONIC, INC., COVIDIEN, L.P. ) <br> HUTCHINSON REGIONAL ) <br> MEDICAL CENTER, and WITCHITA ) <br> RADIOLOGICAL GROUP, P.A., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:17-cv-02060-DCC-KGG |

## **DECLARATION OF ALETHEA HUYSER**

I, Alethea Huyser, declare as follows:

1. I am an attorney at Fredrikson & Byron. We represent Defendants Medtronic, Inc. and Covidien L.P. ("Defendants") in connection with this matter. This Declaration is submitted in support of Medtronic, Inc. and Covidien L.P.'s Motion to Compel Discovery and Mem.

2. Attached hereto as **Exhibit A** is a true and correct copy Defendants' Request for Production of Documents.

3. Attached hereto as **Exhibit B** is a true and correct copy of the March 24, 2023 correspondence from Defendants to Relator.

4. Attached hereto as **Exhibit C** is a true and correct copy of the March 31, 2023 Correspondence from B. Donelon to A. Huyser.

1

5. Attached hereto as **Exhibit D** is a true and correct copy of Discovery Log provided by Relator in response to Defendants' request for communications between Relator, his agent, and third parties regarding Defendant.

6. Attached hereto as **Exhibit E** is a true and correct copy of the correspondence between Relator, Mr. Donelon, and media outlets that was produced, and which are marked at Schroeder 03434 - 03535.

7. Attached hereto as **Exhibit F** is a true and correct copy of the cited excerpts from the deposition of Thomas Schroeder's dated August 18, 2022.

8. Attached hereto as **Exhibit G** is a true and correct copy of Defendants' Second Set of Interrogatories to Relator.

*I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.*

Dated: April 28, 2023             _s/ Alethea Huyser_
Minneapolis, Minnesota            Alethea Huyser