# EXHIBIT C

| | |
|---|---|
| **From:** | Brendan Donelon |
| **To:** | Huyser, Leah |
| **Subject:** | U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Friday, March 31, 2023 11:54:01 AM |

**CAUTION: EXTERNAL E-MAIL**

Leah,

I am currently reviewing the emails/texts from our client to media. He has been on Spring break. When did you want to exchange documents owed?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

EXHIBIT C