# EXHIBIT D

| Author / Recipient | Date(s) | Topic(s) |
|---|---|---|
| Emails from Donelon to Annie Waldman with ProPublica.<br><br>*Relator objects to production on the grounds of relevancy.* | Emails from Jan. 13, 2023 through Feb. 22, 2022. | No messages, attachment of court filing.<br>Requests and responses to Donelon re: providing statement for article. |
| Emails from Donelon to Sam Woodward and Paige Tortorelli with CNBC.<br><br>*Relator objects to production on the grounds of relevancy.* | Emails from Jan. 10, 2023 through Feb. 17, 2023. | No messages, accepting Zoom invites.<br>Donelon providing copies of witness depo transcripts for Ament, Brown, and Validiva.<br>Donelon answering questions regarding what is alleged in lawsuit.<br>Donelon providing copies of, and comment on, public documents obtained via Relator's *Touhy* requests. |
| Email communications between Donelon and Mark Crowley, General Counsel—Minority Staff, U.S. Senate Committee on Veteran's Affairs.  Mr. Crowley initiated communications.  Mr. Donelon informed DOJ attorney Jon Fleenor.<br><br>*Objection on the grounds of privilege communication between counsel and on relevancy.* | Emails from Jan. 4, 2023 through Feb. 21, 2023. | Communications regarding allegations in case, including *Touhy* documents, documents from discovery, and deposition testimony.<br>Providing copy of court's Amended Protective Order. |

EXHIBIT D