# EXHIBIT F

**THOMAS SCHROEDER  8/18/2022**

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF KANSAS
 2

 3   UNITED STATES OF AMERICA,  )
     ex rel. THOMAS SCHROEDER,  )
 4                              )
               Plaintiff,       )
 5                              )
       v.                       ) Case No. 2:17-cv-02060-DCC-KGG
 6                              )
                                )
 7   MEDTRONIC, INC., COVIDIEN, )
     L.P., HUTCHINSON REGIONAL  )
 8   MEDICAL CENTER, and WICHITA )

 9   RADIOLOGICAL GROUP, P.A.,  )

10                              )

11             Defendants.      )

12   _____)

13

14

15

16

17          VIDEOTAPED DEPOSITION OF THOMAS SCHROEDER

18              Taken on Behalf of Defendants

19              Thursday, August 18, 2022

20

21

22

23

24

25
```

```
 1        Q.   Okay.  And so were you present with
 2   Mr. Davisson at any procedures?
 3        A.   I can't say no, because again, over 17
 4   years, I might have been in a control room or
 5   something when he was involved in a procedure, but --
 6   so I can't state definitively.  But nothing that I
 7   can recall.
 8        Q.   Yeah.  So let me ask you this:  Do you
 9   recall being in a procedure with Mr. Davidson?
10        A.   Not specifically, no.
11        Q.   Do you recall being present with
12   Mr. Davidson talking to any physician?
13        A.   No, sir.
14        Q.   Do you recall being present with
15   Mr. Davisson with any purchasing agents at
16   Hutchinson?
17        A.   No, sir.
18        Q.   Do you recall being present with
19   Mr. Davisson with any purchasing agents at Dole VA?
20        A.   No, sir.
21        Q.   Have you met Dr. Winblad?
22        A.   I have.
23        Q.   How many times?
24        A.   One time.
25        Q.   And have you ever been in any PAD
```

```
 1   procedures with Dr. Winblad?
 2       A.   I have not.
 3       Q.   And you understand that you are contending
 4   that Dr. Winblad had performed multiple medical
 5   unnecessary surgeries, and you weren't present for
 6   any of them?
 7       A.   That's correct.
 8       Q.   Correct?  How about Dr. Gonda?  Have you
 9   ever met him?
10       A.   No, sir.
11       Q.   So fair to say you've never been in any PAD
12   procedures with Dr. Gonda?
13       A.   Definitely fair to say.
14       Q.   And you are contending that Dr. Gonda
15   performed multiple medically unnecessary procedures
16   even though you were never present with him in those
17   procedures?
18       A.   Yes, sir.
19       Q.   How about Dr. Rust?  How often have you met
20   Dr. Rust?
21       A.   Never.
22       Q.   Fair to say you have never been in any PAD
23   procedures with Dr. Rust?
24       A.   No, sir.
25       Q.   Fair to say you have no personal knowledge
```

```
 1   of the patients on whom they were performing PAD
 2   procedures?
 3        A.   Correct.  I don't have specific patient
 4   information of those patients.
 5        Q.   You weren't present for any of these
 6   procedures, correct?
 7        A.   Absolutely correct.
 8        Q.   And you didn't read any of the charts for
 9   the patients, correct?
10        A.   No, sir.
11        Q.   You didn't speak to the doctor about the
12   patients' condition?
13        A.   No, sir.
14        Q.   You didn't speak to any nurse who had any
15   particular knowledge about the patients' condition,
16   correct?
17        A.   In your -- specifically, you're referencing
18   the Dole VA?
19        Q.   Yes, I am.
20        A.   Just a comment or so that Teri would make
21   about who she treated.  But nothing in any fine
22   detail about a patient condition.  Just that they
23   used a ton of product on a patient.
24        Q.   But even that doesn't tell you what was
25   going on with the patient, does it?
```

```
 1       A.   No, you're correct.  Right.
 2       Q.   Your contention is exclusively based on the
 3   number of devices that you assert were used in
 4   procedures that you weren't present for, correct?
 5       A.   No, sir.  It would be much more extensive
 6   firsthand knowledge through any number of the
 7   healthcare professionals that I talked with that were
 8   personally involved in those procedures.  And, you
 9   know, they've had extensive experience working those
10   cases at the Dole VA only because we weren't allowed
11   and we were excluded from participating in any of the
12   cases or even getting access during procedures.  So
13   the people that I would have gotten their firsthand
14   knowledge would be everybody in this case, and others
15   that haven't been brought in yet.
16       Q.   So Mr. Schroeder, your lawyer has an
17   opportunity to ask you questions at some point.
18       A.   Okay.
19       Q.   So it would be helpful if you want us to
20   get through this in one day if you'd sort of stick
21   with the questions that I'm asking.
22            MR. DONELON:  I think that was an
23   appropriate answer to your question.  I don't think
24   that was a narrative, but....
25   //
```