IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* THOMAS SCHROEDER <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC, INC., COVIDIEN, L.P. <br> HUTCHINSON REGIONAL <br> MEDICAL CENTER, and WICHITA <br> RADIOLOGICAL GROUP, P.A., <br><br> Defendants. | Case No. 2:17-cv-02060-DDC-KGG |

## DECLARATION OF ALETHEA M. HUYSER

I, Alethea M. Huyser, declare as follows:

1.    I am an attorney at Fredrikson & Byron. We represent Defendants Medtronic, Inc. and Covidien L.P. ("Defendants") in connection with this matter. This Declaration is submitted in support of Medtronic, Inc. and Covidien L.P.'s Memorandum in Opposition to Relator's Motion to Amend the Revised Scheduling Order for Extension of Expert Deadlines.

2.    Attached hereto as **Exhibit A** is a true and correct copy of cited excerpts from the deposition of Thomas Schroeder taken on August 18, 2022.

3.    Attached hereto as **Exhibit B** is a true and correct copy of cited excerpts from Relator's Responses to Medtronic, Inc.'s Second Set of Interrogatories to Plaintiff (June 13, 2022).

1

4. Attached hereto as **Exhibit C** is a true and correct copy of cited excerpts from the deposition of Todd Brown taken on June 30, 2022.

5. Attached hereto as **Exhibit D** is a true and correct copy of cited excerpts from the deposition of Daniel Clinkscales taken on June 21, 2022.

6. Attached hereto as **Exhibit E** is a true and correct copy of cited excerpts from the deposition of Larry Valdivia taken on June 20, 2022.

7. Attached hereto as **Exhibit F** is a true and correct copy of the written statement issued by VA Press Secretary Terrence Hayes concerning its investigation into allegations at the Dole VA (Feb. 2023), available at https://www.documentcloud.org/documents/23602000-va-statement-kansas-case.

8. Attached hereto as **Exhibit G** is a true and correct copy of an article written by Annie Waldman, Steak Dinners, Sales Reps and Risky Procedures: Inside the Big Business of Clogged Arteries, ProPublica and The Wichita Eagle, February 16, 2023, available at https://www.propublica.org/article/medtronic-medical-device-kickbacks-lawsuit-kansas.

9. Attached hereto as **Exhibit H** is a true and correct copy of the rough transcript of the deposition of Dr. Alexander Rusanowsky taken on April 20, 2023.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Declaration of Dr. Tracie Collins (April 21, 2023).

11. Attached hereto as **Exhibit J** is a true and correct copy of cited excerpts from the deposition of Teri Brinkley taken on November 7, 2022.

12. Attached hereto as **Exhibit K** is a true and correct copy of cited excerpts from the deposition of Stanley Hett taken on November 3, 2022.

13. Attached hereto as **Exhibit L** is a true and correct copy of cited excerpts from the deposition of Dr. Shaun Gonda taken on February 14, 2023.

14. Attached hereto as **Exhibit M** is a true and correct copy of cited excerpts from the deposition of Dr. James Winblad taken on April 3, 2023.

15. Attached hereto as **Exhibit N** is a true and correct copy of cited excerpts from the deposition of Dr. Kermit Rust taken on April 7, 2023.

16. Attached hereto as **Exhibit O** is a true and correct copy of cited excerpts from the deposition of Karianne Kirk taken on February 22, 2023.

17. Attached hereto as **Exhibit P** is a true and correct copy of cited excerpts from the deposition of Doug Winger taken on March 3, 2023.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the Declaration of Dr. Gary Wilson (Apr. 21, 2023).

19. Attached hereto as **Exhibit R** is a true and correct copy of cited excerpts from the deposition of Rick Ament taken on December 13, 2022.

20. Attached hereto as **Exhibit S** is a true and correct copy of excerpts of the Deposition of Susan Hastings taken on Apr. 11, 2023.

21. Attached hereto as **Exhibit T** is a true and correct copy of Correspondence Between Relator to Various Media Outlets.

22. Attached hereto as **Exhibit U** is a true and correct copy of cited excerpts from the deposition of Dana Stelter taken on April 10, 2023.

23. To-date, Relator has served 128 Requests for Production of Documents on Medtronic.

24. To-date, Relator has served 52 Requests for Production of Documents on Wichita Radiological Group.

25. To-date, Relator has served 52 Requests for Production of Documents on Hutchinson Regional Medical Center.

26. To-date, Medtronic has produced 130,871 pages of documents in this case.

27. To-date, Wichita Radiological Group and Hutchinson Regional Medical Center have produced a combined 43,605 pages of documents in this case.

28. To-date, the Dole VA has produced 2,466 pages of documents in this case.

29. To-date, Relator has taken 24 fact depositions.

30. Relator has taken the Rule 30(b)(6) deposition of Medtronic after identifying more than 20 different topics, each containing numerous additional subparts.

*I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.*


Dated: May 4, 2023                                  *s/ Alethea Huyser*
Minneapolis, Minnesota                         Alethea M. Huyser