IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. THOMAS SCHROEDER, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>MEDTRONIC, INC., COVIDIEN, L.P. )<br>HUTCHINSON REGIONAL )<br>MEDICAL CENTER, and WICHITA )<br>RADIOLOGICAL GROUP, P.A., )<br>  )<br>  Defendants. )<br>_____ ) | Case No. 2:17-cv-02060-DDC-KGG |

### **MEDTRONIC, INC. AND COVIDIEN L.P.'S MOTION TO STRIKE FALSE ALLEGATIONS UNDER RULE 12(f) AND FOR OTHER MISCELLANEOUS RELIEF**

Defendants Medtronic, Inc. and Covidien L.P. (collectively, "Medtronic") hereby move the Court for to strike false and scandalous allegations, amend and enforce the Court's Amended Protective Order, and award other various forms of relief specified in their accompanying brief, filed contemporaneously herewith. Relator is engaged in, and has accelerated, an extrajudicial media campaign that spreads allegations Relator knew were false and unsupported when pled in his Fifth Amended Complaint. Relator's extrajudicial efforts to tarnish Medtronic's reputation and improperly sway the jury *venire* with allegations he has failed to substantiate through discovery demands correction.

Specifically, Medtronic respectfully requests the following relief:

1. A public hearing on this Motion;

2. An order from the Court striking from the Fifth Amended Complaint allegations for which Relator knew he had no good-faith basis to assert at the

1

      time of filing, including the language identified in Paragraphs 54, 56, 76, 77, 78, 88, 93, 94, 99 and 140 and/or portions of allegations set forth in the Memorandum Supporting Motion to Strike filed contemporaneously herewith;

3. The entry of an amended Protective Order to label all deposition videos and transcripts, expert reports, other witness "statements," and all documents confidential pending their use in filings in this Court. The order should also be amended to require transparency from Relator as to any future media contacts as follows: if Relator shares non-protected materials or discusses this case with the media, he should be required to simultaneously produce all correspondence, materials shared, and any materials generated to all Defendants and to the Department of Justice ("DOJ") without the need for additional motion practice;

4. A scheduling conference under Rule 16 of the Federal Rules of Civil Procedure, including all parties and counsel for the United States, to resolve outstanding discovery issues and clarify its position with respect to VA's involvement and its positions with respect to the parties' ongoing *Touhy* requests and litigation under the Administrative Procedure Act;

5. An order permitting limited additional fact discovery as to Dr. Hodgson's contacts with the media, factual statements made to the media, and any effort by Relator to control or direct these statements. This should include any other expert who participated, or was contemplated as participating, in the conduct outlined in the accompanying memorandum; and

6. An award of costs and fees incurred by Medtronic associated with the preparing for and filing of this Motion, and its supporting papers, and other costs for labor and consulting fees incurred as a direct result of Relator's conduct, which shall not be recoverable.

Dated: August 10, 2023

                                        Respectfully submitted,

                                        */s/ Robert J. McCully*
                                        Robert J. McCully (KS #12433)
                                        Rebecca M. Gosch *(admitted pro hac vice)*
                                        **SHOOK, HARDY & BACON L.L.P.**
                                        2555 Grand Blvd.
                                        Kansas City, MO 64108
                                        Phone:(816) 474-6550
                                        Fax:   (816) 421-5547
                                        Email: rmccully@shb.com
                                        Email: rgosch@shb.com

Joseph T. Dixon, III (*admitted pro hac vice*)
Alethea M. Huyser (*admitted pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Phone: (612) 492-7258
Fax: (612) 492-7077
jdixon@fredlaw.com
ahuyser@fredlaw.com

*Attorneys for Defendants*
*Medtronic, Inc. and Coviden, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF attorneys of record.

        SHOOK, HARDY & BACON L.L.P.

        */s/ Robert J. McCully*