IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. THOMAS SCHROEDER, )<br>    )<br>        Plaintiff, )<br>    )<br>v.    )<br>    )<br>MEDTRONIC, INC., COVIDIEN, L.P. )<br>HUTCHINSON REGIONAL )<br>MEDICAL CENTER, and WICHITA )<br>RADIOLOGICAL GROUP, P.A., )<br>    )<br>        Defendants. )<br>    ) | Case No. 2:17-cv-02060-DDC-KGG<br>(Related Case No. 22-2209-DDC-KGG) |

## MEDTRONIC, INC.'S UNOPPOSED MOTION TO REDACT

Defendants Medtronic, Inc. and Covidien L.P. (collectively, "Medtronic") move to redact under District of Kansas Local Rule 5.4.2(c) portions of an exhibit filed in support of Medtronic's Motion to Strike False Allegations Under Rule 12(f) and for Other Miscellaneous Relief ("Motion to Strike"). The information Medtronic seeks to redact includes Medtronic's sales data included in the Declaration of Alethea M. Huyser, filed in support of Medtronic's Motion to Strike. This sales data is business sensitive sales data. Highlighted copies of the document with proposed redactions will be separately emailed to chambers. *See* D. Kan. L. R. 5.4.2(c). Relator does not oppose this motion.

Given "the general interest in understanding disputes that are presented to a public forum for resolution" and "the public's interest in assuring that the courts are fairly run and judges are honest," courts in the Tenth Circuit protect the public's interest in access to court filings. *Crystal Grower's Corp. v. Dobbins*, 616 F.2d 458, 461 (10th Cir. 1980). Parties may, however, "rebut the presumption of access to judicial records by demonstrating that countervailing interests heavily

1

outweigh the public interest in access." *In re EpiPen Mktg., Sales Pracs. & Antitrust Litig.*, No. 17-MD-2785-DDC-TJJ, 2021 WL 5918912, at *17 (D. Kan. Dec. 15, 2021). The question whether parties meet this threshold rests in the Court's discretion. *Id.*

Medtronic has "a strong interest in keeping [its] detailed financial information sealed" while the public has a "relatively minimal interest in this particular information." *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1226 (Fed. Cir. 2013) (holding district courts should have sealed parties' "confidential financial information" where the information itself was "not considered by the jury and [was] not essential to the public's understanding of the jury's damages award"); *see also Lenox McLaren Surgical Corp. v. Medtronic, Inc.*, 847 F.3d 1221, 1246 n.14 (10$^{0th}$ Cir. 2017) (granting leave to file under seal documents that "contain proprietary business information"). Redacting Medtronic's business sensitive sales data will not interfere with the public's understanding of the case, and Medtronic's interest in maintaining its sales data as confidential outweighs the public's interest in access. *See Apple Inc.*, 727 F.3d at 1226. Further, if this information were not redacted, Medtronic's business sensitive information would be available to competitors, as well as the public. Mindful of the public's right interest in disclosure of documents, Medtronic has redacted as little information as possible and does not seek to file the entire Declaration under seal. Further, Relator does not oppose this redaction.

The limited confidential information that Medtronic seeks to redact is two tables in paragraph 24 of the Declaration of Alethea M. Huyser, filed in support of Medtronic's Motion to Strike. One table sets forth numerical data on Medtronic's annual sales to the Dole VA between 2011 and 2018; the second table is numeral data on Medtronic's annual sales of one particular product to the Dole VA between 2015 and 2018.

WHEREFORE, Medtronic respectfully requests that the Court enter an order granting Medtronic leave to file the redacted document listed above.

Dated:  August 11, 2023

        Respectfully submitted,

        */s/ Robert J. McCully*_____
        Robert J. McCully (KS #12433)
        Rebecca M. Gosch *(admitted pro hac vice)*
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Blvd.
        Kansas City, MO 64108
        Phone:  (816) 474-6550
        Fax : (816) 421-5547
        Email: rmccully@shb.com
        Email: rgosch@shb.com

        Joseph T. Dixon, III (*admitted pro hac vice*)
        Alethea M. Huyser (*admitted pro hac vice*)
        **Fredrikson & Byron, P.A.**
        60 South Sixth Street
        Suite 1500
        Minneapolis, MN 55402
        Phone: (612) 492-7258
        Fax: (612) 492-7077
        jdixon@fredlaw.com
        ahuyser@fredlaw.com

        *Attorneys for Defendants*
        *Medtronic, Inc. and Covidien, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF attorneys of record.

SHOOK, HARDY & BACON L.L.P.

*/s/ Robert J. McCully*_____