**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* THOMAS SCHROEDER<br><br>Relator,<br><br>v.<br><br>MEDTRONIC, INC.; COVIDIEN, L.P.;<br>HUTCHINSON REGIONAL MEDICAL<br>CENTER, and WICHITA<br>RADIOLOGICAL GROUP, P.A.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:17-02060-DCC-KGG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF
RELATOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
<u>DEFENDANTS MEDTRONIC, INC. & COVIDIEN, L.P.</u>**

# Exhibit A - Redacted

Winger Depo Exs. 26, 27, 28

Warm regards,

gd

**Gregory Davisson**
Regional Manager, Kansas
Peripheral Vascular

 

3033 Campus Drive | Suite N550 | Plymouth, MN 55441 | USA

Mobile: 816.914.3932
Email:
gdavisson@ev3.net

On Aug 25, 2011, at 12:56 PM, Augustine, Avery wrote:

Hi Greg,

Please let me know what else you need and please call me anytime!

Avery

**Michael Hagley, M.D.**
**Promise Regional Medical Center**

Thursday, August 25th, 2011

Flight information for Dr. Hagley
August 25th - AIRLINE CONFIRMATION - DELTA – G3G7EV
Depart Wichita, KS– Delta flight 4812 1:38pm
Arrive Minneapolis/St. Paul – 3:31pm
Doug Winger is renting a car to pick you up from the airport
National Car Rental - 667778936COUNT

Hotel information
Graves 601 Hotel • 601 1st Ave North • Minneapolis
612.677.1100

Confirmation 75222037 – Dr. Michael Hagley
Confirmation 75269333 – Doug Winger

Dinner – Dr. Hagley, Greg Davisson and Doug Winger (reservation is under my name)
6:30pm 112 Eatery • 112 North 3rd Street • Minneapolis MN 612.343.7696

**Avery Augustine**
Manager, Corporate Events and Training, Professional Education
Peripheral Vascular

<image001.jpg>

3033 Campus Drive | Suite N550 | Plymouth, MN 55441 | USA

Mobile: +1 763 242 4601
Direct: +1 763 398 7030
Main: +1 763 398 7000
Fax: +1 763 591 3272
Email: aaugustine@ev3.net



EXHIBIT 26
Winger AT
3-3-23

Medtronic Confidential

SCH-MDT00033178

Message

**From:** Davisson, Gregory [gdavisson@ev3.net]
**Sent:** 12/27/2011 2:38:00 PM
**To:** Clark, Doug [wclark@ev3.net]
**Subject:** Fwd: DANG IT!

FYI. The frustrations of Hawking at a VA.

Gregory Davisson
ev3 - Regional Sales Manager
816-914-3932
Sent from my iPhone

Begin forwarded message:

**From:** "Winger, Douglas" <dwinger@ev3.net>
**Date:** December 27, 2011 7:59:58 AM CST
**To:** "Davisson, Gregory" <gdavisson@ev3.net>
**Subject: Fwd: DANG IT!**

Good morning- I got this email this morning from Terri at the VA. Basically she has been pushing hard to get the turbohawks ordered before the end of the year and trying every angle- it doesn't look like its going to happen

Sent from my iPhone

Begin forwarded message:

**From:** "Brinkley, Teri D." <Teri.Brinkley@va.gov>
**Date:** December 27, 2011 7:15:21 AM CST
**To:** "Winger, Douglas" <dwinger@ev3.net>
**Subject: DANG IT!**

DOUG,

HERE IS A EMAIL I RECEIVED. BAD NEWS IS:

J&A's for GIP inventory items are not being approved, so we will need a reply back to Lori for her request for Wichita to review the salient characteristics and schedule of items that she sent out to you. Then we can make progress toward establishing a contract for the atherectomy devices.

MEANING THEY ARE NOT GOING TO REORDER THE TURBOHAWKS.

GOOD NEWS:

THEY ARE TRYING HARD TO GET A CONTRACT WITH EV3.

TERI

Medtronic Confidential

SCH-MDT00031288

Doug Winger  
<+13163036985@iMessage>  
11/07/2017 06:16:00 PM  
Kari Kirk <+13166178123@iMessage>;  
Douglas Winger <douglaswinger@hotmail.com>

Subject: 2017-11-07 12:16:14 -06:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]  
From: Doug Winger <+13163036985@iMessage>  
Date: Tue, 07 Nov 2017 18:16:14 +0000  
To: Kari Kirk <+13166178123@iMessage>;  
  Douglas Winger <douglaswinger@hotmail.com>

If they have 2 legs I get them lunch - and Travis wants cookies?? 😀 - Ballmann will probably like u more if u make them



EXHIBIT 27 Winger 3-3-23 AT

+13163036985                              12/28/2016 3:15:56 PM                       Travis Va <+13162070611>

Let's eat scotch for lunch

Medtronic Confidential                                                                          SCH-MDT00128637

+13163036985　　　　　　　　　　12/28/2016 5:11:04 PM　　　　　　　　　Travis Va <+13162070611>

👍

Medtronic Confidential

SCH-MDT00128638



Medtronic Confidential

+13163036985                           01/04/2017 5:07:41 PM                           Travis Va <+13162070611>

███ zip

Case 2:17-cv-02060-DDC-BGS   Document 495-1   Filed 04/09/24   Page 9 of 16

+13163036985                           01/04/2017 5:07:41 PM                           Travis Va <+13162070611>

Medtronic Confidential                                                                 SCH-MDT00128641

+13163036985    01/04/2017 5:22:03 PM    Travis Va <+13162070611>

# above card ▇▇▇

Medtronic Confidential    SCH-MDT00128642

+13163036985 01/04/2017 5:23:18 PM Travis Va <+13162070611>

Did u order for Kermit?

Medtronic Confidential

Doug Winger  
<+13163036985@iMessage>

12/12/2016 05:10:00 PM

Greg Davison  
<+18162606775@iMessage>

Subject: 2016-12-12 11:10:44 -06:00: +13163036985@iMessage -> [+18162606775@iMessage]  
From: Doug Winger <+13163036985@iMessage>  
Date: Mon, 12 Dec 2016 17:10:44 +0000  
To: Greg Davison <+18162606775@iMessage>

3 hawks 8 DCB's first case at VA!



Doug Winger  
<+13163036985@iMessage>

01/25/2018 07:51:00 PM

Greg Davison  
<+18162606775@iMessage>

Subject: 2018-01-25 13:51:44 -06:00: +13163036985@iMessage -> [+18162606775@iMessage]  
From: Doug Winger <+13163036985@iMessage>  
Date: Thu, 25 Jan 2018 19:51:44 +0000  
To: Greg Davison <+18162606775@iMessage>

FYI - terri at VA - is sick 😂

Greg Davison  
<+18162606775@iMessage>

01/25/2018 07:52:00 PM

Doug Winger  
<+13163036985@iMessage>

Subject: 2018-01-25 13:52:12 -06:00: +18162606775@iMessage -> [+13163036985@iMessage]  
From: Greg Davison <+18162606775@iMessage>  
Date: Thu, 25 Jan 2018 19:52:12 +0000  
To: Doug Winger <+13163036985@iMessage>

Ok thanks

Medtronic Confidential

SCH-MDT00128354

Doug Winger
<+13163036985@iMessage>

01/25/2018 07:52:00 PM

Greg Davison
<+18162606775@iMessage>

Subject: 2018-01-25 13:52:50 -06:00: +13163036985@iMessage -> [+18162606775@iMessage]
From: Doug Winger <+13163036985@iMessage>
Date: Thu, 25 Jan 2018 19:52:50 +0000
To: Greg Davison <+18162606775@iMessage>

And she is the only one that knows how to order those DCB's

Medtronic Confidential

Doug Winger
<+13163036985@iMessage>

02/17/2017 08:15:00 PM

Greg Davison
<+18162606775@iMessage>

Subject: 2017-02-17 14:15:04 -06:00: +13163036985@iMessage -> [+18162606775@iMessage]
From: Doug Winger <+13163036985@iMessage>
Date: Fri, 17 Feb 2017 20:15:04 +0000
To: Greg Davison <+18162606775@iMessage>

I told the va to order 100k of DCB - just to help your day get a little better

Medtronic Confidential

SCH-MDT00128284